1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    United States of America,            )    CR 05-1424-TUC-RCC
                                           )
10             Plaintiff,                   )    **ORDER**
                                           )
11   vs.                                    )
                                           )
12                                          )
     Jose Breton-Rodriguez,                 )
13                                          )
               Defendant.                   )
14                                          )
                                           )
15

16

17

18          After hearing testimony, the Court took the Motions to Suppress Statements under

19   advisement.  The parties are quite familiar with the facts, so only a brief reference to them

20   will be done in this order.   The defendant was involved in a shooting on March 10, 2004,

21   out of which the instant charge occurred. He was also wounded during the incident and spent

22   the better part of four days in a coma.

23          Agent Taylor, the FBI agent in charge of the investigation of the shooting, requested

24   that Border Patrol agents who were on duty guarding the defendant at the hospital notify him

25   when the defendant came out of his coma.  This was done on Sunday, March 14, 2004,  at

26   approximately 5:30 p.m.  Agent Taylor was notified that the defendant came out of his coma

27   and,  by 7:17 p.m., along with Agent Fragoso, Agent Taylor was having a conversation with

28   the defendant.  This is now referred to as either the "interrogation" or the "interview."

1    The defendant was hooked up to a morphine drip which was previously at six

2   milligrams per hour.  Within one and one-half hours before the interview it was reduced to

3   three milligrams per hour.  It should also be noted that the defendant is a native Spanish

4   speaker and the interview was being conducted by Agent Fragoso, who is a Spanish speaker.

5   She agreed that among Spanish speakers there are differences in accents and vocabulary

6   between the area where the defendant was raised and where she was raised.

7    Agent Fragoso also noted that in the process of signing the waiver of rights form that

8   the defendant grimaced in pain.  There is also a distinct difference in the signature on the

9   form on the 14th compared to the signature on the form on the 10th.

10    Agent Taylor indicated in his testimony that he checked with a nurse, (charge nurse),

11   to see if it was okay to speak to the defendant.  He claims he was given this assurance, but

12   the nurse's identity is unknown and not recorded by Agent Taylor.  Neither agent can testify

13   as to what apparatus, if any,  the defendant was hooked up to,  but everyone agrees that he

14   was taking an IV for the morphine drip at the very least.

15    The Government has the burden of proving that the defendant's waiver was voluntary,

16   knowing and intelligent.  *Miranda vs. Arizona*, 384 U. S. 436 (1986), *United States vs.*

17   *Dickerson*, 530 U.S. 428 (2000).

18    After looking at all the evidence presented in this case, the Government has failed to

19   meet that burden.  The evidence presented does not convince the Court that the Defendant

20   knowingly, voluntarily and intelligently waived his rights and that he understood the waiver

21   of those rights.

22    Therefore, **IT IS ORDERED GRANTING** the Motions to Suppress the Statements

23   (#70; 73)

24    The defendant has also raised the issue of the violation of the Vienna Convention,

25   which requires that a defendant be informed of his rights to contact his consul or embassy

26   before interrogation.  The Court concludes that those rights were violated also.  Because the

27   Court has already suppressed the statement on other grounds,  the Court does not feel the

28   need to impose any further remedy for violation of the Vienna Convention.

1    DATED this 3rd day of August, 2006.

2

3

4

5

6

7                                    _____
                                         Raner C. Collins
8                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28